UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICARDO PALIKIKO-GARCIA, et al.,

    Plaintiffs.

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 16-cv-01305-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 12, 2016, before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that all parties shall appear on **September 30, 2016, at 2:00 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed.

IT IS SO ORDERED.

Dated: August 15, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge